**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**In re:**                                                              Case No. 20-70948-REG
                                                                                       Chapter 7
**SHERYL STARK.**

                     **Debtor.**
-----------------------------------------------------------X

## NOTICE OF MOTION

      **PLEASE TAKE NOTICE,** that upon the application ( the "Application") of Robert L. Pryor, Chapter 7 Trustee ( the "Trustee") of the Bankruptcy Estate of Sheryl Stark by his attorneys, Pryor & Mandelup, LLP, ; a hearing will be held on **August 24, 2020 at 9:30 a.m**. (the "Hearing date"), or as soon thereafter as counsel can be heard, before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Room 860, Central Islip, New York 11722, for the entry of an Order: (i) authorizing the Trustee to sell the Debtor's real property located at 175 Burton Lane, Lawrence, New York (the "Real Property"); and (ii) such other and further relief as this Court deems good and proper.

      **PLEASE TAKE FURTHER NOTICE,** that pursuant to E.D.N.Y. LBR 9006-1 (a), any objection or response (the "Objections") to the Application must be made in writing, must state the standing of the objectant, state with particularity the grounds for the objection, shall conform to the Federal Rules of Bankruptcy Procedure and Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically in accordance with General Order 559.  (General Order 559 and the User's Manual for the Electronic Case Filing System can be found at www.nyeb.uscourts.gov, the official Web-site of the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on  3.5 inch diskette, CD or DVD preferably in Portable Document Format (PDF), Microsoft Word or any other Windows-

based word-processing format ( with a hard-copy delivered directly to the Chambers of Honorable Robert E. Grossman, at the above address), and must be served in accordance with General Order 559 upon: (1) Pryor & Mandelup , L.L.P., Counsel to the Trustee, 675 Old Country Road , Westbury, NY 11590, Attn: Robert L. Pryor, Esq., and  (i) the Office of the United states Trustee, 560 Federal Plaza, Central Islip, NY 11722, so as to be filed and actually received no later than **August 17, 2020** by 4:00 p.m. on that day ( the "Objection Date") .

**PLEASE TAKE FURTHER NOTICE**, that if no objections are received by the Objection Date, the relief requested in the Application may be granted without a hearing.

Dated: Westbury, New York
      July 27, 2020                      PRYOR & MANDELUP, L.L.P.

                                    By: */s/ Anthony F. Giuliano*
                                         Anthony F. Giuiliano
                                         675 Old Country Road
                                         Westbury, New York 11590
                                         Tel: 516 997 0999
                                         E-mail: afg@pryormandelup.com