UNITED STATES BANKRUPTCY COURT
DISTRICT OF Eastern

In re:  Case No. 20-70948
Chapter 7

Sheryl Stark

_____Debtors_____/

AFFIDAVIT OF JAMES MACCHIO IN SUPPORT OF APPLICATION
TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND AGNELLI NEW
JERSEY RE, LLC TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO
11 U.S.C. § 327, 328 AND 330

STATE OF NEW YORK          )
                           )
COUNTY OF Nassau           )

James Macchio, being duly sworn, says:

1. I am a real estate agent duly licensed by the State of New York.

2. I am an agent of AGNELLI NEW JERSEY RE, LLC a New York Corporation, with corporate offices located at 330 Washington St Ste 298 Hoboken, NJ 07030, ("Listing Agent").

3. I am familiar with the Application to Retain AGNELLI NEW JERSEY RE, LLC, filed by the Trustee ("Application") and the property described therein.

4. I believe that I am experienced and qualified to represent the Trustee in connection with the marketing and sale of the real property located at 175 BURTON LN LAWRENCE, NY 11559 (the "Property").

5. AGNELLI NEW JERSEY RE, LLC has agreed to accept employment pursuant to the terms and conditions set forth in the Application and the proposed commission structure. Based upon my experience and knowledge of the real estate market, I believe that the commission structure proposed to be paid to Listing Agent does not exceed customary commissions in the applicable geographical area and are reasonable for the type of employment proposed.

6.   Neither I nor any member of AGNELLI NEW JERSEY RE, LLC hold or represent any interest adverse to the estate with respect to the matters for which we are to be employed and we are disinterested persons within the meaning of 11 U.S.C. § 101(14), as required by § 327(a).

7.   To the best of my information and belief, neither I nor the other members of this firm have any connection with the Debtors, their creditors, or any other party in interest or their respective attorneys or accountants, the U. S. Trustee, or any person employed in the office of the U.S. Trustee, as required by Rule 2014 of the Federal Rules of Bankruptcy procedure except as set forth below.

8.   I represent no interest adverse to the Debtors or its estate in the matters upon which I am to be engaged.

FURTHER AFFIANT SAYETH NAUGHT.

_____
James Macchio of
AGNELLI NEW JERSEY RE, LLC

The foregoing instrument was sworn to and subscribed before me this 27th day of May, 2020

NOTARY PUBLIC

_____
Notary Public.

SHELDON E HAAG
NOTARY PUBLIC
State of Connecticut
My Commission Expires 11/30/2024

Sheldon Haag
Type, Stamp, or Print Name as Commissioned

2