**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
**In re:**                                                                        Case No. 20-70948-REG
                                                                                         Chapter 7
**SHERYL STARK,**

                              **Debtor.**

------------------------------------------------------------X

### ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO RETAIN BK GLOBAL REAL ESTATE SERVICES, LLC AND AGNELLI NEW JERSEY RE, LLC AS BROKER/LISTING AGENT FOR THE SALE OF THE DEBTOR'S REAL PROPERTY

Upon the application (the "Application"), of Robert L. Pryor, the Chapter 7 trustee (the "Trustee") of the above-captioned Chapter 7 estate (the "Estate") seeking an order authorizing the retention of BK Global Real Estate Services, LLC ("BKRES") and Agnelli New Jersey Re, LLC ("Listing Agent"), to sell the Debtor's Real Property located at 175 Burton Lane, Lawrence New York 11559 pursuant to section 327 of Title 11, United States Code (the "Bankruptcy Code"); and upon the Affidavit of James Macchio, licensed real estate agent employed by Listing Agent in support of the Application; and upon the Declaration in Support of Patrick Butler on behalf of BKRES and the exhibit annexed thereto; and neither BKRES nor Listing Agent represent nor hold any interest adverse to the Trustee or Debtor's estate in the matter in which it is to be retained; and both BKRES and Listing Agent being disinterested persons as defined in the Bankruptcy Code; and BKRES and Listing Agent's employment being necessary and in the best interest of the estate herein; and notice of this Application being adequate and proper under the circumstances; and after due deliberation and sufficient cause appearing therefor it is hereby:

**ORDERED**, that the Application be and is hereby GRANTED; and it is further

**ORDERED**, that the Trustee is authorized to retain and compensate BKRES and Listing Agent to provide the necessary professional assistance and representation required by the Trustee to fulfill the Trustee's duties pursuant to 11 U.S.C. §704 in order to market and sell the Debtor's Real Property, pursuant to 11 U.S.C. §327, and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure, in accordance with the terms and conditions set forth in the BKRES Broker Agreement and this Order; and it is further

**ORDERED**, that the Trustee is authorized to enter into the BKRES Listing Agreement, annexed as Exhibit "A" to the Application with the Effective Date to be the date of the entry of this Order; and it is further

**ORDERED**, that all fees and reimbursement of expenses to BKRES and Listing Agent shall be subject to proper application and order of this court; and it is further

**ORDERED**, that, under no circumstance, shall either the Trustee nor the Estate be obligated to compensate BKRES or Listing Agent and neither BKRES nor Listing Agent shall have any claim against the Estate for any unpaid amounts for which BKRES and Listing Agent, its agents or assigns and anyone claiming by, through or under either of them, may have and BKRES and Listing Agent's only recourse for recovering will be to the secured creditor such that the Estate shall have no liability for any such claim; and it is further

**ORDERED**, that neither the Trustee nor the Estate shall be responsible for any closing costs, fees or other costs associated with the sale of the Property; and it is further

**ORDERED**, that in the event of any sale of the Property by BKRES or the Listing Agent the Trustee will receive not less than $150,000 at the closing on the sale of the Property;

and it is further

      **ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

NO OBJECTION

_____
Office of the United States Trustee