

April 12, 2022

Honorable Robert E. Grossman
U.S. Bankruptcy Judge
Eastern District of New York
271-C Cadman Place
Brooklyn, NY 11201

        Re:    Debtor: Sheryl Stark, Case No. 20-70948

Dear Judge Grossman:

    Our office represents the above-referenced Debtor.

    Kindly accept this letter to confirm that the hearing on the hearings on Motion to Compel the Debtor, and Motion for Sale of Property, originally scheduled for April 18, 2022, at 9:30 a.m., have been adjourned on consent to May 23, 2022, at 9:30 a.m.

    Thank you for your kind attention to this matter. Please feel free to call me if you have any questions.

                                           Sincerely,
                                           /s/ *Joseph Y. Balisok*
                                           Joseph Y. Balisok, Esq.